350

No. 39048.—Protests 832900–G, etc., of Omaha Packing Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 39049.—Protests 760716–G, etc., of Borden's Sales Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 39050.—Protest 836055–G of Kraft-Phenix Cheese Co. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

No. 39051.—Protests 517736–G, etc., of A. G. Skourtsis et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

No. 39052.—Petition 5495–R of Mando Trading Co. (New York).

Opinion by KEEFE, J. The circumstances of this particular case convincing the court that the importer was without any intention to defraud the revenue or to conceal or misrepresent the facts, the petition was granted.

No. 39053.—Petition 5525–R of C. W. Shumaker (Pembina).

Opinion by KEEFE, J. The petition was submitted without the introduction of any evidence to support the claims made. On the record presented it was denied.

No. 39054.—Petition 5534–R of Lehn & Fink Products Corporation (New York).

Opinion by KEEFE, J. It appeared that the petitioner was of the opinion that the alcohol tax was included in the price of the merchandise. From the evidence it was found that the entry was made without any intention to deceive the appraiser or to conceal or misrepresent the facts. The petition was therefore granted.

No. 39055.—Petition 5634–R of Marshall Field & Co., Inc. (New York).

Opinion by KEEFE, J. From the evidence it was clear that there was no intention on the part of the petitioner to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.